962 So.2d 430 (2007)
STATE ex rel. Roosevelt SMALL
v.
STATE of Louisiana.
No. 2006-KH-2563.
Supreme Court of Louisiana.
August 31, 2007.
In re Small, Roosevelt;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. D, No. 171,016; to the Court of Appeal, Second Circuit, No. 41,723-KH.
Denied. Relator must first address his request for a cost estimate to the record's custodian, the Caddo Parish Clerk of Court's office. R.S. 44:31; State ex rel. Shelton v. State, 00-1901 (La.9/14/01), 796 So.2d 672; State ex rel. McKnight v. State, 98-2258 (La.App. 1st Cir.12/3/98), 742 So.2d 894.